UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MADISON SHEWMAKER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 4:24-CV-00085-CDL |
| | ) |
| YARDI SYSTEMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiffs Madison Shewmaker, Jamaar Faison and Cynthia Beevers ("Plaintiffs") file this voluntary dismissal the above-entitled action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. In support thereof, Plaintiffs state that no Defendant has filed an answer to the Complaint nor a motion for summary judgment.

RESPECTFULLY SUBMITTED, this the 18th day of November, 2024.

By: *Paul W. Evans*
W. Daniel "Dee" Miles, III (*pro hac vice*)
Alison D. Hawthorne (Bar ID #652795)
Lauren E. Miles (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Dee.Miles@beasleyallen.com
Alison.Hawthorne@beasleyallen.com
Lauren.Miles@beasleyallen.com
Paul.Evans@beasleyallen.com

Rebecca D. Gilliland (*pro hac vice*)
Jessica M. Haynes (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

301 St. Louis St.
Mobile, Alabama 36602
(251) 308-1515
Rebecca.Gilliland@beasleyallen.com
Jessica.Haynes@beasleyallen.com

Michael W. Slocumb (Bar ID #146170)
Charles W. Beene (*pro hac vice*)
**Slocumb Law Firm, LLC**
1967 East Samford Avenue
Auburn, AL 36830
mike@slocumblaw.com
cbeene@slocumblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I filed a copy of the foregoing Notice of Voluntary Dismissal using the Court's ECF/CM system, which will automatically send notice of such filing to counsel of record this matter and mailed a copy of the foregoing to via regular U.S. mail to the following parties:

A. J. Dwoskin & Associates, Inc.
c/o Grayson P. Hanes
1775 Wiehle Ave, Ste 400
Reston, VA 20190

Continental Realty Corporation
c/o CT Corporation System
289 South Culver Street
Lawrenceville, GA 30046

Edward Rose & Sons
c/o Sheldon Rose
30057 Orchard Lake Rd., Suite 100
Farmington Hills, MI 48334

Envolve Communities, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Guardian Real Estate Services LLC
c/o National Registered Agents, Inc.
780 Commercial Street SE, Ste 100
Salem, OR 97301

By: *Paul W. Evans*
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Paul.Evans@beasleyallen.com